UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PAMELA A THORNS | CIVIL ACTION NO. 6:19-CV-01243 |
| VERSUS | JUDGE JUNEAU |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol Whitehurst for report and recommendation. After an independent review of the record, and noting the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13th day of August, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE